# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HEATH EVANS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 2:17cv187 |
| v. ) | Electronic Filing |
| ) | |
| MUNICIPALITY OF MONROEVILLE, ) | |
| BOROUGH OF PITCAIRN, ) | Judge David Stewart Cercone / |
| MONROEVILLE POLICE DEPARTMENT, ) | Chief Magistrate Judge Maureen P. Kelly |
| MAGILL'S AUTO SERVICE, INC., ) | |
| GOVERNOR THOMAS WOLF, FIRST ) | |
| LADY FRANCES DONNELLY WOLF, ) | |
| LIEUTENANT GOVERNOR MIKE STACK, ) | |
| TONYA STACK, PEDRO A. CORTES, ) | |
| LISSETTE LIZARDI-CORTES, PENN DOT, ) | |
| PENNDOT SECRETARY LESLIE S. ) | |
| RICHARDS, IRA RICHARDS, CITY OF ) | |
| PITTSBURGH, WILLIAM PEDUTO, ) | |
| MICHAEL E. LAMB, MONROEVILLE ) | |
| MAYOR GREGORY EROSENKO, TIMOTY ) | |
| LITTLE, KENNETH "DOUG" COLE, ) | |
| DANIEL J. LAZZARO, BETSY STEVICK, ) | |
| JACK BOVA, JOHN PRUCNAL, COUNTY ) | |
| OF ALLEGHENY, ALLEGHENY COUNTY ) | |
| JAIL, WARDEN ORLANDO HARPER, ) | |
| DEPUTY WARDEN SIMON ) | |
| WAINWRIGHT, CAPTAIN INTAKE DAVE ) | |
| HUNGERMAN, DAVID MAGILL, ) | |
| MATTHEW MAGILL, OFFICE MANAGER ) | |
| DEBBIE LNU, ) | |
| ) | |
| Defendants. ) | |

## ORDER

Heath Evans ("Plaintiff") has filed a civil rights action, naming a whole host of defendants.

The case was referred to Chief Magistrate Judge Maureen Kelly in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1), and Local Civil Rules 72.C and D.

Chief Magistrate Judge Kelly's Report and Recommendation (the "Report"), ECF No. 3, filed on March 27, 2017, recommended that the civil action be dismissed for failure to prosecute

because Plaintiff did not provide a valid address to communicate with him, rendering it impossible to prosecute this case. However, not surprisingly, the Report was returned to the Court because Plaintiff was not at the address of record that Plaintiff provided. ECF No. 4.

Given that the Report was returned to this Court, it is apparent that Plaintiff has failed to provide a valid address to the Court in order to enable the Court to communicate with Plaintiff. Therefore, it is impossible to prosecute this case.

AND NOW, this 18th day of April 2017, after *de novo* review of the record in this case including the Report;

IT IS HEREBY ORDERED that the civil action is DISMISSED for failure to prosecute.

IT IS FURTHER ORDERED that the Report and Recommendation, ECF No. 3, of Chief Magistrate Judge Kelly, filed March 27, 2017, is adopted as the opinion of the Court. The Clerk shall mark this case CLOSED.

        s/ DAVID STEWART CERCONE
        David Stewart Cercone
        United States District Judge

cc: The Honorable Maureen P. Kelly
    Chief United States Magistrate Judge

    Heath Evans
    36 Seventh Avenue
    400 Koppers Building
    Pittsburgh, PA 15219
    (*Via First Class Mail*)